FILED

SEP 2 5 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-06-16-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER ALLOWING FILING OF DOCUMENT UNDER SEAL |
| JASON MCCALISTER, | |
| Defendant. | |

Upon Defendant's Motion to File Document Under Seal (Doc. 881), and good cause appearing,

IT IS HEREBY ORDERED that the Psychological Evaluation is filed under seal for viewing only by the Court, Assistant United States Attorney, and defense counsel.

The Clerk of the Court is directed to notify counsel of the making of this Order.

DATED this 25th day of September, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1